UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61729-CIV-DIMITROULEAS

ROOSEVELT SUTTON,

    Petitioner,

vs.

JAMES R. McDONOUGH,
Secretary for the Department of
Corrections,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Petitioner's Motion for Certificate of Appealability, filed herein on April 10, 2008. [DE-31]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On April 2, 2008, this Court issued a Final Judgment and Order Denying Petition for Writ of Habeas Corpus. [DE-30]. On consideration of the instant motion for a certificate of appealability, the Court will deny such certification, as this Court determines that the Petitioner has not shown the violation of a substantial constitutional right.[1] The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE-31] is hereby **DENIED**.

---

[1] The Court also notes that the Motion appears to be premature as a Notice of Appeal has not yet been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Philip R. Horowitz, Esq.
Jeanine M. Germanowicz, Assistant Attorney General

Clerk, Appeals Desk